IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRANSPORT INTERNATIONAL POOL, INC., | : : : | CIVIL ACTION |
| v. | : : | NO. 06-1812 |
| ROSS STORES, INC. | : | |

**ORDER**

AND NOW, this  15th  day of April, 2009, upon consideration of Defendant Ross Store, Inc.'s Motion for a More Definite Statement, or, in the Alternative, to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 13), and all papers submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge